UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                              **Case No:  6:19-cv-1483-Orl-41DCI**

**DONALD ASHMAN,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Motion for Default Judgment ("Motion," Doc. 13). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 14), which recommends that the Motion be granted. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default Judgment (Doc. 13) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $235,279.09 plus fees and statutory additions as provided by law from February 15, 2020 to the date of payment in full.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record